EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Fernando Pérez Arroyo | 2003 TSPR 164 <br><br> 160 DPR \_\_\_\_ |

Número del Caso: TS-6044

Fecha: 3 de noviembre de 2003

Colegio de Abogados de Puerto Rico:

        Lcdo. Angel N. Candelario Cáliz

Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 10 de noviembre de 2003, fecha en que se le notificó al abogado de su suspensión inmediata.)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Fernando Pérez Arroyo                    TS-6044

PER CURIAM

San Juan, Puerto Rico, a 3 de noviembre de 2003.

El quejoso, señor Miguel Franco Rohena, radicó el 5 de agosto de 2002 querella juramentada ante el Colegio de Abogados de Puerto Rico contra el licenciado Fernando Pérez Arroyo.

El Colegio de Abogados de Puerto Rico le requirió contestación a esa querella los días 10 de septiembre, 17 de diciembre de 2002 y 20 de febrero de 2003. Dichos requerimientos fueron cursados por el Colegio de Abogados de Puerto Rico al querellado por correo certificado con acuse de recibo.

El Servicio Postal de Estados Unidos devolvió al Colegio de Abogados de Puerto Rico la comunicación del 17 de diciembre de 2002 por no haber sido reclamada ("unclaimed"). Las otras dos (2) comunicaciones no fueron devueltas.

El licenciado Pérez Arroyo no ha notificado al Colegio de Abogados cambio de su última dirección ni a este Tribunal.

El Oficial Investigador adscrito al Colegio de Abogados, licenciado Angel N. Candelario Cáliz, a cargo de la investigación de la queja no ha podido tramitar la misma, ni ha realizado recomendaciones a la Comisión de Ética de dicho cuerpo colegiado, por la falta de atención del querellado a los requerimientos antes indicados.

Mediante escrito presentado ante este Tribunal el 10 de abril de 2003, el referido oficial investigador solicita la acción correspondiente.

El 2 de mayo de 2003, emitimos resolución ordenando, bajo apercibimiento, al licenciado Fernando Pérez Arroyo para que dentro de un término de veinte (20) días, contado a partir de la notificación de la misma, cumpliera con los requerimientos señalados por el Colegio de Abogados. Fue notificada copia de la misma al aquí querellado por correo certificado con acuse de recibo el 8 de mayo de 2003, y por conducto del Alguacil, Orlando Berríos, el 5 de agosto de 2003.[1]

El querellado no ha comparecido ante este Tribunal informándonos sobre su cumplimiento con lo ordenado en la referida resolución.

---

[1] El Colegio de Abogados de Puerto Rico no realizó todas las gestiones que debió haber desplegado para notificar al querellado, en vista de que pudo ser notificado con copia de nuestra orden a través de uno de los alguaciles de este Tribunal.

Reiteradamente hemos señalado que los abogados tienen la ineludible obligación de responder diligentemente a nuestras órdenes y requerimientos. Hemos hecho claro que la indiferencia del abogado al no atender nuestros requerimientos u órdenes acarrea la imposición de severas sanciones disciplinarias.[2]

En el caso de autos el licenciado Pérez Arroyo ha hecho caso omiso de nuestra resolución del 2 de mayo de 2003. Es evidente que el licenciado Pérez Arroyo no tiene ninguna disposición de cumplir con los requerimientos del Colegio de Abogados de Puerto Rico, y con nuestras órdenes y requerimientos. Con tal proceder ha desafiado nuestras advertencias previas.

Por todo lo antes expuesto, se suspende inmediata e indefinidamente al licenciado Fernando Pérez Arroyo del ejercicio de la profesión de abogado y hasta que otra cosa disponga el Tribunal.

Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá certificarnos en treinta (30) días del cumplimiento de estos deberes.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado

---

[2] In re Vargas Hernández, res. 27 de noviembre de 2000, 2000 T.S.P.R. 180, 152 D.P.R.____(2000), 2000 J.T.S. 190; In re Corujo Collazo, res. el 23 de diciembre de 1999, 99 T.S.P.R. 191, 149 D.P.R.____(2000), 2000 J.T.S. 8; In re Ron Menéndez, res. el 24 de agosto de 1999, 99 T.S.P.R. 133, 149 D.P.R.____(1999), 99 J.T.S. 139; In re López López, res. 12

suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

---

de agosto de 1999, 99 T.S.P.R. 126, 149 D.P.R.____(1999), 99 J.T.S. 131.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Fernando Pérez Arroyo                    TS-6044


SENTENCIA

San Juan, Puerto Rico, a 3 de noviembre de 2003.

        Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende inmediata e indefinidamente del ejercicio de la abogacía al licenciado Fernando Pérez Arroyo y hasta que otra cosa disponga el Tribunal.

        Se le impone el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados y les informe oportunamente de su suspensión de los distintos foros judiciales y administrativos del país.

        Además, deberá certificarnos en treinta (30) días del cumplimiento de estos deberes.

        Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido, debiendo entregar la misma a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                    Patricia Otón Olivieri
                                Secretaria del Tribunal Supremo